UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00167-IM |
| v. | **INFORMATION** |
| **CHARLTON PIERCE GEPFORD,** | 26 U.S.C. § 5861(d) |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
**(Possession of an Unregistered Firearm that requires Registration in the National Firearms Registration and Transfer Record)**
**(26 U.S.C. § 5861(d))**

On or about February 28, 2023, in the District of Oregon, defendant **CHARLTON PIERCE GEPFORD,** did knowingly possess a firearm, that is, a silencer, a device for silencing, muffling or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for the use in assembling or fabricating a firearm silencer or firearm muffler, which had not been registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United State Code, Section 5861(d).

<u>FORFEITURE ALLEGATION</u>

Upon conviction of one or more of the offenses alleged in Count 1 of this Information, defendant **CHARLTON PIERCE GEPFORD** shall forfeit to the United States pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 & 28 U.S.C. § 2461, any firearms, including firearms

components, involved in or used in the commission of the offense, including but not limited to the following:

- Silencer
- RPD Receiver
- M2 Receiver plate
- M3 Reciever Plate
- Lahti 20 mm kit

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

Dated: April ____, 2025

                                                            Respectfully Submitted:

                                                            WILLIAM M. NARUS
                                                            Acting United States Attorney

                                                            /s/*Nicole M. Bockelman*
                                                           NICOLE M. BOCKELMAN, OSB #105934